UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

                                       Case Number: 13-cr-20813

v.                                 Honorable Thomas L. Ludington

                                       Magistrate Judge Patricia T. Morris

ANGELO ADAM GONZALEZ,

          Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING DEFENDANT'S PLEA OF GUILTY, AND TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT

On January 9, 2015, United States Magistrate Judge Patricia T. Morris conducted a plea hearing pursuant to Defendant's consent.  The Magistrate Judge issued her report on that same day, recommending that this Court accept Defendant's plea of guilty.

Although the Magistrate Judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report, neither Plaintiff nor Defendant filed any objections. The election not to file objections to the Magistrate Judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). The failure to file objections to the report and recommendation waives any further right to appeal.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation (ECF No. 114) is **ADOPTED**.

It is further **ORDERED** that Defendant's plea of guilty is **ACCEPTED**, and the Rule 11

Plea Agreement (ECF No. 112) is taken **UNDER ADVISEMENT**.


Dated: February 12, 2015                                    s/Thomas L. Ludington
                                                            THOMAS L. LUDINGTON
                                                            United States District Judge

<div style="border:1px solid black;">

### PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served
upon each attorney or party of record herein by electronic means or first
class U.S. mail on February 12, 2015.

                    s/Tracy A. Jacobs
                    TRACY A. JACOBS

</div>